## Commonwealth *v.* Sabo, Appellant.

Argued April 12, 1973. *Joseph T. Kosek, Jr.*, with him *James Victor Voss*, and *Neely and Voss*, for appellant; *J. Kent Culley*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Savo, Appellant.

Argued April 11, 1973. *Sanford S. Finder*, for appellant; *Milton D. Rosenberg*, with him *W. Bryan Pizzi, II*, and *Bloom, Bloom, Rosenberg & Bloom*, for Commonwealth, appellee.

Order affirmed.